UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA D. HOBSON AND ADERUS D. MILAN, <br><br> Plaintiffs, <br><br> v. <br><br> RIVERSTONE/HSC RESIDENTIAL, <br><br> Defendants. | Case No. 09-cv-00361-RSM <br><br> ORDER GRANTING PLAINTIFFS' APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

After careful consideration of Plaintiffs' *pro se* application to proceed *in forma pauperis* (Dkt. No. 1), the governing law and balance of the record, the Court ORDERS:

(1) Plaintiffs' application to proceed *in forma pauperis* (Dkt. No. 1) is GRANTED. Plaintiffs do not appear to have funds available to afford the $350.00 filing fee.

(2) The Clerk is directed to send a copy of this Order to Plaintiffs and to issue summonses to Plaintiffs to enable proper service of the complaint on the appropriate parties. Plaintiffs shall note that it is their responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.

ORDER
PAGE - 1

1       (3)    The Clerk is further directed to send a copy of this order to the Honorable
2 Ricardo S. Martinez.

3     DATED this 24th day of March, 2009.

/s/ James P. Donohue
_____
JAMES P. DONOHUE
United States Magistrate Judge